# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Miguel Angel Ramos Jr.a/k/a Miguel A. Ramos. a/k/a Miguel A. Ramos, Jr.,a/k/a Miguel Ramos, Jr. a/k/a Miguel Angel Ramos a/k/a Miguel Ramos<br><br>**Debtor(s)** | **BK NO. 23-00157 MJC**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 and index same on the master mailing list.

    Respectfully submitted,

**/s/ Michael P. Farrington, Esquire**
Michael P. Farrington, Esquire
Attorney I.D. No. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com