In re:  Case No. 23-00157-MJC
Miguel Angel Ramos, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: May 02, 2023      Form ID: 318      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Miguel Angel Ramos, Jr., 539 W Spruce St, Mahanoy City, PA 17948-2426 |
| 5517927 | Cit Online Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5517936 | Elan Financial Service, 4 E Station Square Dr Ste 620, Pittsburgh, PA 15219-1154 |
| 5517914 | Ramos Miguel Angel Jr, 539 W Spruce St, Mahanoy City, PA 17948-2426 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: AISACG.COM | May 02 2023 22:31:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: RECOVERYCORP.COM | May 02 2023 22:31:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517921 | EDI: ATTWIREBK.COM | May 02 2023 22:31:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 5517920 | EDI: CINGMIDLAND.COM | May 02 2023 22:31:00 | AT&T, 208 S Akard St, Dallas, TX 75202-4206 |
| 5517916 | Email/Text: backoffice@affirm.com | May 02 2023 18:34:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5517917 | Email/Text: backoffice@affirm.com | May 02 2023 18:34:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5520707 | + EDI: AISACG.COM | May 02 2023 22:31:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5517918 | EDI: GMACFS.COM | May 02 2023 22:31:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5517919 | EDI: GMACFS.COM | May 02 2023 22:31:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5517923 | EDI: TSYS2 | May 02 2023 22:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5517922 | EDI: TSYS2 | May 02 2023 22:31:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5517924 | EDI: CAPITALONE.COM | May 02 2023 22:31:00 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5517925 | EDI: CAPITALONE.COM | May 02 2023 22:31:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5517926 | + Email/Text: bankruptcy@cavps.com | May 02 2023 18:34:00 | Cavalry Portfolio Serv, 4050 E Cotton Center Blvd, Phoenix, AZ 85040-8862 |
| 5517929 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Citibank, PO Box 6500, Sioux Falls, SD |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 57117-6500 |
| 5517928 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5517930 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Citibank N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5517931 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Citibank N.A. Exxonmobil, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5517932 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Citibank/Sunoco, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5517933 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5517934 | Email/PDF: creditonebknotifications@resurgent.com | May 02 2023 18:37:25 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 5517935 | EDI: DISH | May 02 2023 22:31:00 | DISH, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 5517937 | Email/Text: bknotice@ercbpo.com | May 02 2023 18:34:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5517915 | Email/Text: mylawyer@jpplaw.com | May 02 2023 18:34:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5517938 | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 18:37:31 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5517939 + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2023 18:34:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5517941 | Email/Text: bkrgeneric@penfed.org | May 02 2023 18:34:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5517940 | Email/Text: bkrgeneric@penfed.org | May 02 2023 18:34:00 | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5517942 | EDI: PRA.COM | May 02 2023 22:31:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5517943 | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 18:37:26 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5517945 | Email/Text: enotifications@santanderconsumerusa.com | May 02 2023 18:34:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5517944 | Email/Text: enotifications@santanderconsumerusa.com | May 02 2023 18:34:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5517946 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 02 2023 18:34:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5517947 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 02 2023 18:34:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5517948 | EDI: CITICORP.COM | May 02 2023 22:31:00 | Sunoco/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5517953 | EDI: CAPITALONE.COM | May 02 2023 22:31:00 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5517954 | EDI: RMSC.COM | May 02 2023 22:31:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5517949 | EDI: RMSC.COM | May 02 2023 22:31:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5517950 | EDI: RMSC.COM | May 02 2023 22:31:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5517951 | EDI: RMSC.COM | May 02 2023 22:31:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |

| | | | | |
|---|---|---|---|---|
| 5517952 | | EDI: RMSC.COM | May 02 2023 22:31:00 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5518057 | + | EDI: RMSC.COM | May 02 2023 22:31:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5517955 | | EDI: RMSC.COM | May 02 2023 22:31:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5517956 | | EDI: RMSC.COM | May 02 2023 22:31:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5517957 | | EDI: RMSC.COM | May 02 2023 22:31:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5517958 | | EDI: RMSC.COM | May 02 2023 22:31:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5517959 | | EDI: USBANKARS.COM | May 02 2023 22:31:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5517960 | | EDI: CAPITALONE.COM | May 02 2023 22:31:00 | World's Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 1 Miguel Angel Ramos Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Miguel Angel Ramos Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1030 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  5:23-bk-00157-MJC

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Miguel Angel Ramos Jr.
aka Miguel A. Ramos Jr., aka Miguel A. Ramos,
aka Miguel Ramos Jr., aka Miguel Ramos, aka
Miguel Angel Ramos

5/2/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**